ANNIE E. DIXON, Respondent, *v.* THEODORE MCKANE, Appellant.

*Dixon* v. *McKane*, 66 App. Div. 614, affirmed.
(Submitted April 29, 1904; decided June 3, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 21, 1901, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*James A. Sheehan* for appellant.

*William C. Courtney* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, VANN and WERNER, JJ. Absent: HAIGHT, J.

---

ALBERT E. SMITH, Respondent, *v.* THE NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY, Appellant.

*Smith* v. *N. Y., Chicago & St. L. R. R. Co.*, 86 App. Div. 188, affirmed.
(Argued May 18, 1904; decided June 3, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 17, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Louis L. Babcock* for appellant.

*Tracy C. Becker* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., MARTIN, CULLEN and WERNER, JJ. Dissenting: GRAY and O'BRIEN, JJ. Absent: HAIGHT, J.